UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LUCKY OTT JR § | |
| § | |
| V. § | NO. SA-21-CV-00027-XR |
| § | |
| NEWREZ MORTGAGE, LLC § | |
| MORTGAGE SERVICER FOR § | |
| WILMINGTON SAVINGS FUND § | |
| SOCIETY, FSB, NOT IN ITS § | |
| INDIVIDUAL CAPACITY BUT SOLELY § | |
| AS TRUSTEE FOR THE VERSUS § | |
| SECURITIZATION TRUST 201-2 § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' rule 41(a)(1)(A)(ii) stipulation, the court dismisses Plaintiff's claims with prejudice. This is a final order disposing of all claims against all parties and is final for all purposes including appeal.

SIGNED this 21st day of May, 2021.

_____
Xavier Rodriguez
United States District Judge